AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Orlando Ruiz et al <br><br> *Plaintiff(s)* <br> v. <br><br> Rockhard Co, LLC et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action  1:25-cv-427 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant Rockhard Co, LLC C/O its agent for service of process:
Carlos R. Roman,
303 Creekside Cove, Cedar Park, Texas 78613

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas B. Welmaker
> Welmaker Law PLLC
> 409 N. Fredonia, Suite 118
> Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Philip J. Devlin
CLERK OF COURT

**RETURN ATTACHED**

Date: _____04/14/2025_____                             *Signature of Clerk or Deputy*

Came to hand on 04-16-2025 @ 9:01 A.M.

**DRLS**
516 West Annie St.
Austin, Texas 78704
5599

UNITED STATES DISTRICT COURT
for the Western District of Texas

| | | | |
|---|---|---|---|
| Orlando Ruiz, et al, | Plaintiffs | § | Civil Action No. 1:25-cv-427 |
| vs. | | § | |
| Rockhard Co, LLC, et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. My address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2025.

Came to hand on April 16, 2025, at 9:01 a.m. Summons in a Civil Action with Plaintiff's Original Collective and Class Action Complaint, Notice of Consent, and Exhibit B – Notice of Consent for service on <u>Defendant Rockhard Co, LLC</u>.

<u>Executed on April 18, 2025</u>, at 1:26 p.m., by delivering to Defendant's registered agent, Carlos R. Roman via U.S.P.S. certified mail, return receipt requested, at 303 Creekside Cove, Cedar Park, Texas 78613. (U.S.P.S. return receipt attached.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service and Statement of Service Fees is true and correct."

Printed Name: Tod E. Pendergrass

Service Fee $ 97.00     Re: Welmaker/5599

Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

STATE OF TEXAS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on April 24, 2025.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form pursuant to FRCP 4(l)(1)]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.   Sign →
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, → Print or on the front if space permits.

1. Article Addressed to:

Rockhard Co, LLC c/o Its
Agent, Carlos R. Roman
303 Creekside Cove
Cedar Park, Texas 78613

9590 9402 8850 4005 9625 24

9589 0710 5270 0393 4383 19

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Carlos Roman
C. Date of Delivery: 4/18/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   5599-Wel   Domestic Return Receipt