IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ORLANDO RUIZ AND OSCAR DURANT, JR., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | CIVIL ACTION NO. 1:25-CV-427 |
| Plaintiffs, | § § | |
| v. | § § § | JURY DEMANDED |
| ROCKHARD CO, LLC, ROCKHARD HOLDINGS, LLC, AND CARLOS R. ROMAN, INDIVIDUALLY, | § § § § § | COLLECTIVE AND CLASS ACTION COMPLAINT |
| Defendants. | § | |

**PROPOSED ORDER GRANTING
DEFENDANTS' PARTIAL MOTION TO DISMISS**

Before the Court is Defendants' Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, the record, and the applicable legal authority, the Court finds that the Motion should be granted in all respects. Accordingly, it is:

ORDERED that Defendants' Partial Motion to Dismiss is GRANTED; and it is further

ORDERED that the Plaintiffs' Rule 23 claims under Texas common law asserted in the Collective and Class Action Complaint for breach of contract, money had and received (a.k.a. unjust enrichment), and quantum meruit are dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED on this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

4912-9883-0913.1