UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ORLANDO RUIZ AND OSCAR DURANT, JR., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CA NO. 1:25-cv-427-ADA-ML |
| ROCKHARD CO, LLC, ROCKHARD HOLDING, INC. AND CARLOS R. ROMAN, INDIVIDUALLY, | § § § § § | |
| DEFENDANTS | § § | |

**PLAINTIFFS' NOTICE OF FILING**
**FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**

Plaintiffs Orlando Ruiz and Oscar Durant, Jr. have filed their First Amended Class and Collective Action Complaint as a matter of course. FED. R. CIV. P. 15(a)(1)(B).

Respectfully Submitted,

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
    Douglas B. Welmaker
    Attorney in Charge
    Texas State Bar No. 00788641
    doug@wemakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing First Amended Class and Collective Action Complaint has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on May 30, 2025.

> */s/ Douglas B. Welmaker*
> Douglas B. Welmaker