IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ORLANDO RUIZ AND OSCAR DURANT, JR., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-CV-427-ADA-ML |
| Plaintiffs, | | |
| v. | | JURY DEMANDED |
| ROCKHARD CO, LLC, ROCKHARD HOLDING, INC., AND CARLOS R. ROMAN, INDIVIDUALLY, | | CLASS AND COLLECTIVE ACTION |
| Defendants. | | |

**PROPOSED ORDER GRANTING
DEFENDANTS' RENEWED PARTIAL MOTION TO DISMISS**

Before the Court is Defendants' Renewed Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, the record, and the applicable legal authority, the Court finds that the Motion should be granted in all respects. Accordingly, it is:

ORDERED that Defendants' Renewed Partial Motion to Dismiss is GRANTED; and

IT IS FURTHER ORDERED that the Plaintiffs' Federal Rule of Civil Procedure 23 claims for breach of contract and unjust enrichment on behalf of the alleged putative "Texas Class" are dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED on this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

4898-3519-9053.1